QUINN EMANUEL URQUHART & SULLIVAN, LLP
Adam Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
Joseph Sarles (SBN 254750)
josephsarles@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Stephen A. Swedlow (*pro hac vice* forthcoming)
stephenswedlow@quinnemanuel.com
David A. Nelson (*pro hac vice* forthcoming)
davenelson@quinnemanuel.com
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Plaintiff SaurikIT, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAURIKIT, LLC<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　　　Defendant. | CASE NO. 4:20-cv-08733<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15** |

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

　　　　Plaintiff SaurikIT, LLC discloses the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the Northern District of California:

　　　　Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned certifies that SaurikIT, LLC has no parent corporation and no corporation owns more than 10% of SaurikIT, LLC.

1  Pursuant to Civil Local Rule 3-15, the undersigned certifies that, as of this date,
2  other than the named parties and Jay Freeman, there is no such interest to report.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Certificate of Interested Parties

| | | |
|---|---|---|
| DATED:  December 10, 2020 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Adam B. Wolfson*
    Stephen A. Swedlow (*pro hac vice* forthcoming)
    stephenswedlow@quinnemanuel.com
    David A. Nelson (*pro hac vice* forthcoming)
    davenelson@quinnemanuel.com
    Marc L. Kaplan (*pro hac vice* forthcoming)
    191 N. Wacker Drive, Suite 2700
    Chicago, IL 60606-1881
    (312) 705-7400

    Adam B. Wolfson (Bar No. 262125)
    adamwolfson@quinnemanuel.com
    Joseph Sarles (SBN 254750)
    josephsarles@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017-2543
    (213) 443-3000

    *Attorneys for Plaintiff SaurikIT, LLC*