QUINN EMANUEL URQUHART & SULLIVAN, LLP
Adam Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
Joseph Sarles (SBN 254750)
josephsarles@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Stephen A. Swedlow (*pro hac vice* forthcoming)
stephenswedlow@quinnemanuel.com
David A. Nelson (*pro hac vice* forthcoming)
davenelson@quinnemanuel.com
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Plaintiff SaurikIT, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAURIKIT, LLC,<br><br>   *Plaintiff,*<br><br> vs.<br><br>APPLE, INC.<br><br>   *Defendant.* | Case No.  __4:20-cv-08733_____<br><br>**NOTICE OF APPEARANCE OF JOSEPH SARLES** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Joseph Sarles of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Plaintiffs. Copies of all pleadings, papers, correspondence, and notices in this action should be directed to counsel at the following address:

> Joseph Sarles (Bar No. 254750)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017-2543
> (213) 443-3000
> josephsarles@quinnemanuel.com

Dated: December 10, 2020

Respectfully submitted,

/s/ *Joseph Sarles*
Stephen A. Swedlow (*pro hac vice* forthcoming)
stephenswedlow@quinnemanuel.com
David A. Nelson (*pro hac vice* forthcoming)
davenelson@quinnemanuel.com
Marc L. Kaplan
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
(312) 705-7400

Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
Joseph Sarles (SBN 254750)
josephsarles@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000

*Attorneys for Plaintiff SaurikIT, LLC*