Karen L. Dunn (DC SBN 1002520; *pro hac vice* app. pending)
William A. Isaacson (DC SBN 414788; *pro hac vice* app. pending)
Jessica E. Phillips (DC SBN 991072; *pro hac vice* app. pending)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com
jphillips@paulweiss.com

Yahonnes S. Cleary (NY SBN 4802492; *pro hac vice* app. pending)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ycleary@paulweiss.com

Meredith R. Dearborn (SBN 268312)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
943 Steiner St.
San Francisco, CA 94117
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
mdearborn@paulweiss.com

*Counsel for Defendant*
Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SAURIKIT, LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>          Defendant. | CASE NO. 4:20-cv-08733-HSG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO FILE OPPOSITION AND REPLY PURSUANT TO CIVIL LOCAL RULES 6-1 AND 6-2**<br><br>The Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2, 4th Floor |

Plaintiff SaurikIT, LLC ("SaurikIT") and Defendant Apple Inc. ("Apple"), through their respective attorneys of record herein and without waiving any rights, claims, or defenses they

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
AND TO FILE OPPOSITION AND REPLY PURSUANT TO CIVIL LOCAL RULES 6-1 AND 6-2
CASE NO. 4:20-cv-08733-HSG

1

have in this action, enter into this Stipulation pursuant to Civil Local Rule 6-1(a) and 6-2, with reference to the following circumstances:

WHEREAS, SaurikIT filed its complaint on December 10, 2020, and served the complaint on December 21, 2020;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Apple's response to the complaint is due on January 11, 2021;

WHEREAS, the parties have agreed to extend Apple's time to file its answer or otherwise respond to the complaint;

WHEREAS, in the event that Apple files a motion under Federal Rule of Civil Procedure 12, the parties have also agreed to extend (1) SaurikIT's time to file an opposition to Apple's response to the complaint, and (2) Apple's time to file a reply to SaurikIT's opposition;

THEREFORE, it is hereby stipulated and agreed that, subject to Court approval:

1. Apple shall file its answer or otherwise respond to the complaint on or before February 4, 2021;
2. In the event that Apple files a motion under Federal Rule of Civil Procedure 12, SaurikIT shall file its opposition to Apple's response on or before March 22, 2021; and
3. Apple shall file its reply, if any, to SaurikIT's opposition on or before April 21, 2021.

**IT IS SO STIPULATED AND AGREED.**

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
AND TO FILE OPPOSITION AND REPLY PURSUANT TO CIVIL LOCAL RULES 6-1 AND 6-2
CASE NO. 4:20-cv-08733-HSG

2

| | | |
|---|---|---|
| 1 | DATED: January 5, 2021 | Respectfully submitted, |
| 2 | | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 3 | | By: */s/ Meredith R. Dearborn*_____ |

MEREDITH R. DEARBORN (SBN 268312)
943 Steiner St.
San Francisco, CA 94117
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
mdearborn@paulweiss.com

KAREN L. DUNN (DC SBN 1002520; *pro hac vice* app. pending)
WILLIAM A. ISAACSON (DC SBN 414788; *pro hac vice* app. pending)
JESSICA E. PHILLIPS (DC SBN 991072; *pro hac vice* app. pending)
2001 K Street NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com
jphillips@paulweiss.com

YAHONNES S. CLEARY (NY SBN 4802492; *pro hac vice* app. pending)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ycleary@paulweiss.com

*Counsel for Defendant Apple Inc.*

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO FILE OPPOSITION AND REPLY PURSUANT TO CIVIL LOCAL RULES 6-1 AND 6-2
CASE NO. 4:20-cv-08733-HSG

3

| | | |
|---|---|---|
| 1 | Dated: January 5, 2021 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | By: */s/ Stephen Swedlow* |
| | | STEPHEN SWEDLOW (*pro hac vice*) |
| 3 | | DAVID A. NELSON (*pro hac vice*) |
| | | 191 N. Wacker Dr., Suite 2700 |
| 4 | | Chicago, IL 60606 |
| | | Telephone: (312) 705-7400 |
| 5 | | Facsimile: (312) 705-7401 |
| | | stephenswedlow@quinnemanuel.com |
| 6 | | davenelson@quinnemanuel.com |

ADAM WOLFSON (SBN 262125)
JOSEPH SARLES (SBN 254750)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
adamwolfson@quinnemanuel.com
josephsarles@quinnemanuel.com

*Counsel for Plaintiff SaurikIT, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 1/6/2021           _____

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
AND TO FILE OPPOSITION AND REPLY PURSUANT TO CIVIL LOCAL RULES 6-1 AND 6-2
CASE NO. 4:20-cv-08733-HSG

4