Karen L. Dunn (DC SBN 1002520; *pro hac vice*)
William A. Isaacson (DC SBN 414788; *pro hac vice*)
Jessica E. Phillips (DC SBN 991072; *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com
jphillips@paulweiss.com

Yahonnes S. Cleary (NY SBN 4802492; *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ycleary@paulweiss.com

Meredith R. Dearborn (SBN 268312)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
943 Steiner St.
San Francisco, CA 94117
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
mdearborn@paulweiss.com

*Counsel for Defendant*
Apple Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SAURIKIT, LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>APPLE INC.,<br><br>                    Defendant. | CASE NO. 4:20-cv-08733-YGR<br><br>**DECLARATION OF JESSICA E. PHILLIPS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS SAURIKIT, LLC'S COMPLAINT AND REQUEST TO INCORPORATE BY REFERENCE**<br><br>Date: May 4, 2021<br>Time: 2:00 PM<br>Place: Courtroom 1, 4th Floor<br><br>The Honorable Yvonne Gonzalez Rogers |

I, Jessica E. Phillips, declare:

1. I am an attorney duly licensed to practice law in the District of Columbia and have been admitted to practice before this Court in this case *pro hac vice*. I am a partner in the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and I am one of the attorneys responsible for the representation of Defendant Apple Inc. ("Apple") in this action. The following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

2. Attached as Exhibit A is a true and correct copy of the July 5, 2018 article cited in paragraphs 24 and 32 of the Complaint entitled, *The App Store Turns 10*, which was downloaded from Apple's website at my direction from www.tinyurl.com/App-Store-Turns-10 on February 4, 2021.

3. Attached as Exhibit B is a true and correct copy of the current, publicly-available version of the App Store Review Guidelines, which was downloaded from Apple's website at my direction from https://developer.apple.com/app-store/review/guidelines on February 4, 2021.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 4th day of February 2021 in Arlington, Virginia.

    Respectfully submitted,

    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

    By:    */s/ Jessica E. Phillips*
           JESSICA E. PHILLIPS (DC SBN 991072; *pro hac vice*)
           2001 K Street NW
           Washington, D.C. 20006-1047
           Telephone: (202) 223-7300
           Facsimile: (202) 223-7420
           jphillips@paulweiss.com

    *Counsel for Defendant Apple Inc.*

DECLARATION OF JESSICA E. PHILLIPS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS SAURIKIT, LLC'S COMPLAINT AND REQUEST TO INCORPORATE BY REFERENCE
CASE NO. 4:20-cv-08733-YGR

2