QUINN EMANUEL URQUHART & SULLIVAN, LLP
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
Joseph Sarles (SBN 254750)
josephsarles@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Marc L. Kaplan (*pro hac vice*)
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Plaintiff SaurikIT, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAURIKIT, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | No. 20-cv-08733-YGR<br>Related Case<br><br>**DECLARATION OF ADAM B. WOLFSON IN SUPPORT OF PLAINTIFF SAURIKIT, LLC'S OPPOSITION TO APPLE INC.'S MOTION TO DISMISS**<br><br>Date: May 4, 2021<br>Time: 2:00 pm<br>Courtroom: 1, 4th Floor (via Zoom)<br>Judge: Hon. Yvonne Gonzalez Rogers |

DECLARATION OF ADAM B. WOLFSON IN SUPPORT OF SAURIKIT, LLC'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
Case No. 20-cv-08733-YGR

I, Adam B. Wolfson, declare:

1. I am an attorney duly licensed to practice law in the State of California and a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Plaintiff SaurikIT, LLC. I have personal knowledge of the facts set forth herein and, if called upon to testify, I could and would testify competently and completely to the statements made herein.

2. Attached as **Exhibit 1** to this declaration is a true and correct copy of an excerpt from the hearing transcript from the Court's October 7, 2019 hearing in *In re Apple iPhone Litigation*, No. CV 11-06714-YGR.

I declare that the foregoing statements are true and correct under penalty of perjury. Executed this 22nd day of March, 2021.

Dated: March 22, 2021                              Respectfully submitted,

                                                   /s/   *Adam B. Wolfson*
                                                   Adam B. Wolfson (SBN 262125)

DECLARATION OF ADAM B. WOLFSON IN SUPPORT OF SAURIKIT, LLC'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
Case No. 20-cv-08733-YGR