QUINN EMANUEL URQUHART & SULLIVAN, LLP
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
Joseph Sarles (SBN 254750)
josephsarles@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Marc L. Kaplan (*pro hac vice*)
marckaplan@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

*Attorneys for Plaintiff SaurikIT, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAURIKIT, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>   Defendant. | No. 20-cv-08733-YGR<br>Related Case<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS SAURIKIT, LLC'S COMPLAINT**<br><br>Date: May 4, 2021<br>Time: 2:00 pm<br>Courtroom: 1, 4th Floor (via Zoom)<br><br>The Honorable Yvonne Gonzalez Rogers |

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS SAURIKIT, LLC'S
COMPLAINT
Case No. 20-cv-08733-YGR

1   On February 4, 2021, Defendant Apple Inc. ("Apple") moved to dismiss the Complaint (ECF No. 1) filed by Plaintiff SaurikIT, LLC ("Cydia") pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 35. On March 22, 2021, Cydia filed its opposition to Apple's Motion. The Court having fully reviewed and considered all papers and arguments submitted in support of and in opposition to the Motion, and for the reasons set forth below, hereby **DENIES** Apple's Motion.

The Court finds that Apple has failed to meet its burden to establish that the Complaint establishes beyond doubt that all of Cydia's claims accrued outside the applicable statutes of limitations or are barred by laches. To the contrary, the Complaint pleads that Apple has entered into millions of new anticompetitive agreements and engaged in other anticompetitive conduct that caused harm to Cydia within the four years before the Complaint was filed. Thus, Cydia's claims are timely. *See Oliver v. SD-3C LLC*, 751 F.3d 1081, 1087 & n.5 (9th Cir. 2014); *Samsung Elecs. Co. v. Panasonic Corp.*, 747 F.3d 1199, 1203-05 (9th Cir. 2014).

Accordingly, **IT IS HEREBY ORDERED** that:

(1) The Court **DENIES** Apple's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge