```
GIBSON, DUNN & CRUTCHER LLP
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA
90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

BETTY X. YANG (Texas Bar No. 24088690;
pro hac vice forthcoming)
byang@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

HENRY H. CORNILLIE, SBN 324821
hcornillie@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
```

Attorneys for Defendant, APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAURIKIT, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | CASE NO. 4:20-cv-08733-YGR<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>The Honorable Yvonne Gonzalez Rogers |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Henry H. Cornillie of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 324821) and a member of the Bar of this Court, hereby appears on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. His address, telephone, facsimile, and email are as follows:

>HENRY H. CORNILLIE, SBN 324821
>hcornillie@gibsondunn.com
>Gibson, Dunn & Crutcher LLP
>555 Mission Street
>San Francisco, CA 94105-0921
>Telephone: 415.393.8200
>Facsimile: 415.393.8306

DATED: August 3, 2021            GIBSON, DUNN & CRUTCHER LLP


By:   /s/ Henry H. Cornillie
           Henry H. Cornillie

*Attorneys for Defendant Apple Inc.*