1  PAUL, WEISS, RIFKIND, WHARTON &
     GARRISON LLP
2  Amy Barton (*pro hac vice*)
   1285 Avenue of the Americas
3  New York, NY 10019-6064
   Telephone: (212) 373-3285
4  Facsimile: (212) 492-0285
   Email: abarton@paulweiss.com
5
   Counsel *for Defendants*
6  Apple Inc.

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10 | SAURIKIT, LLC,              | **Case No. 4:20-cv-08733-YGR**
11 |         Plaintiff,          | **NOTICE OF WITHDRAWAL OF AMY BARTON AS COUNSEL FOR APPLE INC. AND [PROPOSED] ORDER**
12 |     v.                      |
13 | APPLE INC.,                 |
   |                             | The Honorable Yvonne Gonzalez Rogers
14 |         Defendant.          |

**TO THIS COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned, Amy Barton (admitted *pro hac vice*), and the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby withdraw as counsel of record for Defendants Apple Inc. in the above-captioned litigation. Accordingly, it is requested that the Court remove Ms. Barton and Paul, Weiss, Rifkind, Wharton & Garrison LLP from all applicable service lists, including Notice of Electronic Filing. All other counsel of record for Defendants Apple Inc. remain unchanged, and the withdrawal of Ms. Barton and Paul, Weiss, Rifkind, Wharton & Garrison LLP will not cause any prejudice or delay in this litigation.

Dated: August 4, 2021

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Amy Barton
Amy Barton (*Pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3285
Facsimile:  (212) 492-0285
Email:  abarton@paulweiss.com

*Counsel for Defendants*
APPLE INC.

IT IS SO ORDERED

DATED: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 4, 2021, this document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

By: /s/ Amy Barton
Amy Barton