1  PAUL, WEISS, RIFKIND, WHARTON &
2   GARRISON LLP
   Amy Bowles (*Pro hac vice*)
3  1285 Avenue of the Americas
   New York, NY 10019-6064
4  Telephone:   (212) 373-2373
   Facsimile:    (646) 219-1287
5  Email: aBowles@paulweiss.com

6  Counsel *for Defendants*
   Apple Inc.
7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10 | SAURIKIT, LLC,              | **Case No. 4:20-cv-08733-YGR** |
11 |         Plaintiff,          | **NOTICE OF WITHDRAWAL OF AMY BOWLES AS COUNSEL FOR APPLE INC. AND [PROPOSED] ORDER** |
12 |     v.                      |                                |
13 | APPLE INC.,                 | The Honorable Yvonne Gonzalez Rogers |
14 |         Defendant.          |                                |

1 | **TO THIS COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

2 | **PLEASE TAKE NOTICE** that the undersigned, Amy Bowles (admitted *pro hac vice*), and
3 | the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby withdraw as counsel of
4 | record for Defendants Apple Inc. in the above-captioned litigation.  Accordingly, it is requested
5 | that the Court remove Ms. Bowles and Paul, Weiss, Rifkind, Wharton & Garrison LLP from all
6 | applicable service lists, including Notice of Electronic Filing.  All other counsel of record for
7 | Defendants Apple Inc. remain unchanged, and the withdrawal of Ms. Bowles and Paul, Weiss,
8 | Rifkind, Wharton & Garrison LLP will not cause any prejudice or delay in this litigation.

11 | Dated:  August 4, 2021            Respectfully submitted,

12 |                                   PAUL, WEISS, RIFKIND, WHARTON &
                                       GARRISON LLP

14 |                                   /s/ Amy Bowles
                                       Amy Bowles (*Pro hac vice*)
                                       PAUL, WEISS, RIFKIND, WHARTON &
15 |                                   GARRISON LLP
                                       1285 Avenue of the Americas
16 |                                   New York, NY 10019-6064
                                       Telephone:    (212) 373-2373
17 |                                   Facsimile:    (646) 219-1287
                                       Email:        aBowles@paulweiss.com

                                       *Counsel for Defendants*
19 |                                   APPLE INC.

20 | IT IS SO ORDERED

21 |
     DATED: _____    _____
22 |                                   Honorable Yvonne Gonzalez Rogers
                                       United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on August 4, 2021, this document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

By: /s/ Amy Bowles
Amy Bowles