1  PAUL, WEISS, RIFKIND, WHARTON &
2     GARRISON LLP
   Yahonnes Cleary (*Pro hac vice*)
3  1285 Avenue of the Americas
   New York, NY 10019-6064
4  Telephone:    (212) 373-462
   Facsimile:    (212) 492-0462
5  Email: ycleary@paulweiss.com

6  Counsel *for Defendants*
   Apple Inc.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10 | SAURIKIT, LLC,              | **Case No. 4:20-cv-08733-YGR** |
11 |         Plaintiff,          | **NOTICE OF WITHDRAWAL OF**
12 |         v.                  | **YAHONNES CLEARY AS COUNSEL**
                                 | **FOR APPLE INC. AND [PROPOSED]**
                                 | **ORDER**
13 | APPLE INC.,                 |
                                 | The Honorable Yvonne Gonzalez Rogers
14 |         Defendant.          |

**TO THIS COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned, Yahonnes Cleary (admitted *pro hac vice*), and the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby withdraw as counsel of record for Defendants Apple Inc. in the above-captioned litigation. Accordingly, it is requested that the Court remove Mr. Cleary and Paul, Weiss, Rifkind, Wharton & Garrison LLP from all applicable service lists, including Notice of Electronic Filing. All other counsel of record for Defendants Apple Inc. remain unchanged, and the withdrawal of Mr. Cleary and Paul, Weiss, Rifkind, Wharton & Garrison LLP will not cause any prejudice or delay in this litigation.

Dated: August 4, 2021

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Yahonnes Cleary
Yahonnes Cleary (*Pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:   (212) 373-462
Facsimile:    (212) 492-0462
Email:          ycleary@paulweiss.com

*Counsel for Defendants*
APPLE INC.

IT IS SO ORDERED

DATED: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 4, 2021, this document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

By: /s/ Yahonnes Cleary
    Yahonnes Cleary