1  PAUL, WEISS, RIFKIND, WHARTON &
      GARRISON LLP
2  Meredith Dearborn
   943 Steiner St.
3  San Francisco, CA 94117
   Telephone:   (202) 223-7323
4  Facsimile:   (202) 330-5908
   Email:       mdearborn@paulweiss.com
5
   Counsel *for Defendants*
6  Apple Inc.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAURIKIT, LLC,

|  | **Case No. 4:20-cv-08733-YGR** |
|---|---|
| 11 Plaintiff, | **NOTICE OF WITHDRAWAL OF MEREDITH DEARBORN AS COUNSEL FOR APPLE INC. AND [PROPOSED] ORDER** |
| 12 v. | |
| 13 APPLE INC., | |
| 14 Defendant. | The Honorable Yvonne Gonzalez Rogers |

**TO THIS COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned, Meredith Dearborn, and the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby withdraw as counsel of record for Defendants Apple Inc. in the above-captioned litigation.  Accordingly, it is requested that the Court remove Ms. Dearborn and Paul, Weiss, Rifkind, Wharton & Garrison LLP from all applicable service lists, including Notice of Electronic Filing.  All other counsel of record for Defendants Apple Inc. remain unchanged, and the withdrawal of Ms. Dearborn and Paul, Weiss, Rifkind, Wharton & Garrison LLP will not cause any prejudice or delay in this litigation.

Dated:  August 4, 2021

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Meredith Dearborn
Meredith Dearborn
943 Steiner St.
San Francisco, CA 94117
Telephone:   (202) 223-7323
Facsimile:    (202) 330-5908
Email:           mdearborn@paulweiss.com

*Counsel for Defendants*
APPLE INC.

IT IS SO ORDERED

DATED: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 4, 2021 this document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

By: /s/ Meredith Dearborn
Meredith Dearborn