PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
Karen L. Dunn (*pro hac vice*)
2001 K Street NW
Washington, DC 20006
Telephone:    (202) 223-7308
Facsimile:    (202) 379-4217
Email:        kdunn@paulweiss.com

Counsel *for Defendants*
Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAURIKIT, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | **Case No. 4:20-cv-08733-YGR**<br><br>**NOTICE OF WITHDRAWAL OF KAREN L. DUNN AS COUNSEL FOR APPLE INC. AND [PROPOSED] ORDER**<br><br>The Honorable Yvonne Gonzalez Rogers |

**TO THIS COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned, Karen L. Dunn (admitted *pro hac vice*), and the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby withdraw as counsel of record for Apple, Inc. in the above-captioned litigation. Accordingly, it is requested that the Court remove Ms. Dunn and Paul, Weiss, Rifkind, Wharton & Garrison LLP from all applicable service lists, including Notice of Electronic Filing. All other counsel of record for Defendants Apple Inc. remain unchanged, and the withdrawal of Ms. Dunn and Paul, Weiss, Rifkind, Wharton & Garrison LLP will not cause any prejudice or delay in this litigation.

Dated: August 4, 2021

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Karen L. Dunn
Karen L. Dunn (pro hac vice)
2001 K Street NW
Washington, DC 20006
Telephone:   (202) 223-7308
Facsimile:   (202) 379-4217
Email:   kdunn@paulweiss.com

*Counsel for Defendants*
APPLE INC.

IT IS SO ORDERED

DATED: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

NOTICE OF WITHDRAWAL OF KAREN DUNN AS COUNSEL FOR APPLE INC. AND [PROPOSED] ORDER, Case No. 4:20-cv-08733-YGR

Doc#: US1:14891992v1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 4, 20201, this document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

By: /s/ Karen L. Dunn
Karen L. Dunn