| | |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | William A. Isaacson (*pro hac vice*) |
| | 2001 K Street NW |
| 3 | Washington, DC 20006 |
| | Telephone:  (202) 223-7313 |
| 4 | Facsimile:  (202) 379-4937 |
| | Email:  wisaacson@paulweiss.com |
| 5 | |
| | Counsel *for Defendants* |
| 6 | Apple Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAURIKIT, LLC, | **Case No. 4:20-cv-08733-YGR** |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF WILLIAM A. ISSACSON AS COUNSEL FOR APPLE INC. AND [PROPOSED] ORDER** |
| v. | |
| APPLE INC., | The Honorable Yvonne Gonzalez Rogers |
| Defendant. | |

**TO THIS COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned, William A. Isaacson (admitted *pro hac vice*), and the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby withdraw as counsel of record for Defendants Apple Inc. in the above-captioned litigation.  Accordingly, it is requested that the Court remove Mr. Isaacson and Paul, Weiss, Rifkind, Wharton & Garrison LLP from all applicable service lists, including Notice of Electronic Filing.  All other counsel of record for Defendants Apple Inc. remain unchanged, and the withdrawal of Mr. Isaacson and Paul, Weiss, Rifkind, Wharton & Garrison LLP will not cause any prejudice or delay in this litigation.

Dated:  August 4, 2021

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ William A. Isaacson
William A. Isaacson (pro hac vice)
2001 K Street NW
Washington, DC 20006
Telephone:   (202) 223-7313
Facsimile:   (202) 379-4937
Email:       wisaacson@paulweiss.com

*Counsel for Defendants*
APPLE INC.

IT IS SO ORDERED

DATED: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 4, 2021, this document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

By: /s/ William A. Isaacson
William A. Isaacson