1  PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
2  Jessica E. Phillips (*pro hac vice*)
   2001 K Street NW
3  Washington, DC 20006
   Telephone:   (202) 223-7338
4  Facsimile:   (202) 315-3803
   Email:       jphillips@paulweiss.com
5
   Counsel *for Defendants*
6  Apple Inc.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAURIKIT, LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>APPLE INC.,<br><br>              Defendant. | **Case No. 4:20-cv-08733-YGR**<br><br>**NOTICE OF WITHDRAWAL OF JESSICA E. PHILLIPS AS COUNSEL FOR APPLE INC. AND [PROPOSED] ORDER**<br><br>The Honorable Yvonne Gonzalez Rogers |

**TO THIS COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned, Jessica E. Phillips (admitted *pro hac vice*), and the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby withdraw as counsel of record for Defendants Apple Inc. in the above-captioned litigation. Accordingly, it is requested that the Court remove Ms. Phillips and Paul, Weiss, Rifkind, Wharton & Garrison LLP from all applicable service lists, including Notice of Electronic Filing. All other counsel of record for Defendants Apple Inc. remain unchanged, and the withdrawal of Ms. Phillips and Paul, Weiss, Rifkind, Wharton & Garrison LLP will not cause any prejudice or delay in this litigation.

Dated: August 4, 2021

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Jessica E. Phillips
Jessica E. Phillips (*Pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
Telephone:   (202) 223-7338
Facsimile:   (202) 315-3803
Email:   jphillips@paulweiss.com

*Counsel for Defendants*
APPLE INC.

IT IS SO ORDERED

DATED: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on August 4, 2021, this document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

By: /s/ Jessica E. Phillips
Jessica E. Phillips