# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 1/5/2022 | Time: 2:29 p.m. – 3:15 p.m. | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 20-cv-08733-YGR | Case Name: SaurikIT, LLC v. Apple Inc. | |

**Attorney for Plaintiff:** Stephen Swedlow, Adam Wolfson
**Attorney for Defendant:** Jagannathan Srinivasan

**Deputy Clerk:** Aris Garcia         **Court Reporter:** Raynee Mercado

## PROCEEDINGS

**Defendant's Motion to Dismiss [35] – HELD via Zoom Webinar and Submitted.**

**Defendant's Motion to Dismiss is Granted by the Court with leave to amend.**

**Amended complaint adding allegations discussed on the record is due by 1/19/2022.**

**Response to amended complaint is due by 2/2/2022.**