**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SAURIKIT, LLC,**<br>　　　　Plaintiff**,**<br>　　vs.<br>**APPLE INC.**<br>　　　　Defendant. | CASE NO. 20-cv-8733-YGR<br><br>**ORDER GRANTING MOTION TO DISMISS**<br>Re: Dkt. No. 35 |

Defendant Apple Inc. filed a motion to dismiss plaintiff SaurikIT, LLC's complaint on February 4, 2021. (Dkt. No. 35.) The motion was heard by the Court on January 5, 2022 by videoconference.

Having carefully considered the briefing and arguments submitted in this matter, and for the reasons set forth in full detail on the record, the motion to dismiss is **GRANTED WITH LEAVE TO AMEND**. Plaintiff shall file an amended complaint by January 19, 2022. Apple shall respond to the amended complaint by February 2, 2022.

This Order terminates Docket Number 35.

**IT IS SO ORDERED.**

Dated: January 5, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**