QUINN EMANUEL URQUHART & SULLIVAN, LLP
Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Marc L. Kaplan (*pro hac vice*)
marckaplan@quinnemanuel.com
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Adam Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
Joseph Sarles (SBN 254750)
josephsarles@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff SaurikIT, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SAURIKIT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC., a California Corporation,<br><br>    Defendant. | CASE NO. 4:20-cv-08733-YGR<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>[PURSUANT TO CIVIL L.R. 7-11 AND 79-5(f)]<br><br>The Honorable Yvonne Gonzalez Rogers |

1   Plaintiff SaurikIT, LLC respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed under Civil Local Rules 7-11(a) and 79-5(f).

Local Rule 79-5(f) sets forth procedures that apply when a party seeks to file information designated as confidential by an another party or non-party.  This Administrative Motion is based on the fact that SaurikIT's First Amended Complaint and accompanying Exhibit A, attached hereto as Exhibits 1 and 2, quote from documents that were designated as "Confidential" by Defendant Apple Inc. ("Defendant").  The potentially confidential material is highlighted on pages 36, 38 & 39 of Exhibit 1 and pages 37 & 39 of Exhibit 2.  SaurikIT does not believe the information listed above meets the standard for sealing, but files this motion so that Apple may have an opportunity to explain its confidentiality designation to the Court and, if it believes sealing is proper, provide argument on why that is so.  Pursuant to Local Rule 79-5(f)(3), Defendant has seven (7) days to file a statement or declaration describing the applicable legal standard and the reasons for keeping any portion of Apple's filing under seal (as defined in Local Rule 79-5(c)).

DATED: January 19, 2022

By  /s/ Adam B. Wolfson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Stephen A. Swedlow (*pro hac vice*)
David A. Nelson (*pro hac vice*)
Marc L. Kaplan (*pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone:  (312) 705-7400

Adam B. Wolfson (Bar No. 262125)
Joseph Sarles (Bar No. 254750)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:  (213) 443-3000

*Counsel for Plaintiff SaurikIT, LLC*