# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 7/11/2022 | **Time:** 2:14 – 2:28 | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 20-cv-08733-YGR | **Case Name:** SaurikIT, LLC v. Apple Inc. | |

**Attorney for Plaintiff:** Adam Wolfson, Marc Kaplan
**Attorney for Defendant:** Jagannathan Srinivasan

**Deputy Clerk:** Aris Garcia         **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Further Case Management Conference - HELD via Zoom

**Non-Expert Discovery Cutoff:** 2/17/2023
**Disclosure of Experts: All Experts, Retained and Non-Retained Must Provide Written Reports Compliant with FRCP 26(a)(2)(B):**
    Opening: 3/31/2023
    Rebuttal: 5/12/2023
**Expert Discovery Cutoff:** 6/9/2023
**Dispositive/Daubert Motions filed by 7/21/2023**
**1st Pretrial Conference Friday, 1/26/2024 at 9:00am**
**2nd Pretrial Conference Friday, 2/9/2024 at 9:00am**
**Jury Trial set 3/25/2024   at 8:00am**