UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAURIKIT, LLC,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

Case No.  20-cv-08733-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | February 17, 2023 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: March 31, 2023<br>Rebuttal: May 12, 2023 |
| EXPERT DISCOVERY CUTOFF: | June 9, 2023 |
| DISPOSITIVE MOTIONS[1] /DAUBERT MOTIONS TO BE HEARD BY: | July 21, 2023 |
| 1ST PRETRIAL CONFERENCE: | Friday, January 26, 2024 at 9:00 a.m. |
| 2ND PRETRIAL CONFERENCE: | Friday, February 9, 2024 at 9:00 a.m. |
| TRIAL DATE : | Monday, March 25, 2024 at 8:00 a.m. for (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference.  A compliance calendar hearing will be set by the Court to confirm that counsel have met and conferred timely, as required by the Pretrial Instructions. Five (5) business days prior to the date of

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

the compliance hearing, the parties shall file a Joint Statement confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the Court will vacate the compliance hearing and the parties need not appear. Telephonic appearances may be allowed if the parties have submitted a Joint Statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: July 12, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**