1  GIBSON, DUNN & CRUTCHER LLP
   JAY P. SRINIVASAN, SBN 181471
2  jsrinivasan@gibsondunn.com
   DANA LYNN CRAIG, SBN 251865
3  dcraig@gibsondunn.com
   333 South Grand Avenue
4  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
5  Facsimile: 213.229.7520

6  BETTY X. YANG (Texas Bar No. 24088690; *pro hac vice*)
   byang@gibsondunn.com
7  2100 McKinney Avenue, Suite 1100
   Dallas, TX 75201-6912
8  Telephone: 214.698.3100
   Facsimile: 214.571.2900

9
   *Attorneys for Defendant, APPLE INC.*
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                      **OAKLAND DIVISION**

14

15  SaurikIT, LLC                    | Case No. 4:20-cv-08733-YGR

16        Plaintiff,                 | The Hon. Yvonne Gonzalez Rogers

17     v.                            | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**

18  Apple Inc.,

19        Defendant.

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Gibson, Dunn &
Crutcher LLP

DEFENDANT'S NOTICE OF APPEARANCE
CASE NO. 4:20-CV-08733-YGR

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Dana Lynn Craig of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 251865) and a member of the Bar of this Court, hereby appears on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. Her address, telephone, facsimile, and email are as follows:

> DANA LYNN CRAIG
> dcraig@gibsondunn.com
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Telephone: 213.229.7000
> Facsimile: 213.229.7520

Dated: July 19, 2022                    GIBSON, DUNN & CRUTCHER LLP

By: ____/s/ Dana Lynn Craig____
     Dana Lynn Craig

*Attorneys for Defendant Apple Inc.*

105611936.1