1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| SAURIKIT, LLC, | CASE NO. 4:20-cv-08733-YGR |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v. | The Honorable Yvonne Gonzalez Rogers |
| APPLE INC., a California Corporation, | |
| Defendant. | |

1     Pursuant to Federal Rule of Civil Procedure 41(a), the Court hereby dismisses with
2 prejudice all remaining portions of the claims asserted by Plaintiff SaurikIT, LLC ("Cydia") in
3 its First Amended Complaint and, expressly subject to a preservation of Cydia's appellate rights
4 of its claims, ENTERS JUDGMENT in favor of Defendant Apple, Inc., with each party to bear
5 its own fees and costs with respect thereto.
6     As all claims have been adjudicated, this case is fully and finally adjudicated and FINAL
7 JUDGMENT is hereby ENTERED.
8     IT IS SO ORDERED.

10 DATED: _____, 2022     _____
11     Hon. Yvonne Gonzalez Rogers
    United States District Court Judge