QUINN EMANUEL URQUHART &
    SULLIVAN LLP
Adam B. Wolfson (Bar No. 262125)
Joseph Sarles (Bar No. 254750)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:     (213) 443-3000

Stephen A. Swedlow (*pro hac vice*)
David A. Nelson (*pro hac vice*)
Marc L. Kaplan (*pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone:     (312) 705-7400

*Counsel for Plaintiff SaurikIT, LLC*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| SAURIKIT, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>APPLE INC., a California Corporation,<br><br>             Defendant. | CASE NO. 4:20-cv-08733-YGR<br><br>**AMENDED NOTICE OF MOTION TO DISMISS CLAIMS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>The Honorable Yvonne Gonzalez Rogers |

PLEASE TAKE NOTICE that on September 27, 2022, or as soon thereafter as the matter may be heard, in the United States District Court for the Northern District of California, before the Honorable Yvonne Gonzalez Rogers, Plaintiff SaurikIT, LLC will move this Court pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss its claims with prejudice and enter a proposed judgment. The Motion to Dismiss, Memorandum of Points and Authorities and Proposed Judgment were previously filed at ECF Dkt 94 and 94-1, and noticed for hearing on September 23, 2022.  As requested by the Clerk of this Court (ECF Dkt. 95), SaurikIT is re-noticing the motion for September 27, 2022.

DATED: August 22, 2022

By _/s/ Adam B. Wolfson_____

QUINN EMANUEL URQUHART &
　SULLIVAN, LLP
Adam B. Wolfson (Bar No. 262125)
Joseph Sarles (Bar No. 254750)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:  (213) 443-3000

Stephen A. Swedlow (*pro hac vice*)
David A. Nelson (*pro hac vice*)
Marc L. Kaplan (*pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone:  (312) 705-7400

*Counsel for Plaintiff SaurikIT, LLC*