1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIVORNIA
# OAKLAND DIVISION

15  SAURIKIT, LLC,                              CASE NO. 4:20-cv-08733-YGR

16           Plaintiff,                         ~~[PROPOSED]~~ JUDGMENT

17       v.                                     The Honorable Yvonne Gonzalez Rogers

18  APPLE INC., a California Corporation,

19           Defendant.

20
21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 41(a), the Court hereby dismisses with prejudice all remaining portions of the claims asserted by Plaintiff SaurikIT, LLC ("Cydia") in its First Amended Complaint and, expressly subject to a preservation of Cydia's appellate rights of its claims, ENTERS JUDGMENT in favor of Defendant Apple, Inc., with each party to bear its own fees and costs with respect thereto.

As all claims have been adjudicated, this case is fully and finally adjudicated and FINAL JUDGMENT is hereby ENTERED.

IT IS SO ORDERED.

DATED:  September 12, 2022

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

[PROPOSED] JUDGMENT
CASE NO. 4:20-cv-08733-YGR

2