QUINN EMANUEL URQUHART &
   SULLIVAN LLP
Adam B. Wolfson (Bar No. 262125)
Joseph Sarles (Bar No. 254750)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:    (213) 443-3000

Stephen A. Swedlow (*pro hac vice*)
David A. Nelson (*pro hac vice*)
Marc L. Kaplan (*pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone:    (312) 705-7400

*Counsel for Plaintiff SaurikIT, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SAURIKIT, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>APPLE INC., a California Corporation,<br><br>        Defendant. | CASE NO. 4:20-cv-08733-YGR<br><br>**NOTICE OF APPEAL**<br><br>The Honorable Yvonne Gonzalez Rogers |

1

**NOTICE OF APPEAL**

2
 NOTICE IS HEREBY GIVEN that Plaintiff SaurikIT, LLC appeals to the United States

3
Court of Appeals for the Ninth Circuit from the final judgment entered September 12, 2022 (ECF

4
No. 100), and any and all orders, decisions, and rulings that gave rise to the judgment, including

5
but not limited to the orders reflected in district court docket entry numbers 80 and 84, and each

6
and every part thereof.

7

8
DATED: October 3, 2022

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By  _/s/ Adam B. Wolfson_
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
Adam B. Wolfson (Bar No. 262125)
Joseph Sarles (Bar No. 254750)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:  (213) 443-3000

Stephen A. Swedlow (*pro hac vice*)
David A. Nelson (*pro hac vice*)
Marc L. Kaplan (*pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone:  (312) 705-7400

*Counsel for Plaintiff SaurikIT, LLC*