QUINN EMANUEL URQUHART &
    SULLIVAN LLP
Adam B. Wolfson (Bar No. 262125)
Joseph Sarles (Bar No. 254750)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:     (213) 443-3000

Stephen A. Swedlow (*pro hac vice*)
David A. Nelson (*pro hac vice*)
Marc L. Kaplan (*pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone:     (312) 705-7400

*Counsel for Plaintiff SaurikIT, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SAURIKIT, LLC, | CASE NO. 4:20-cv-08733-YGR |
| Plaintiff, | **NINTH CIRCUIT RULE 3-2** |
| v. | **REPRESENTATION STATEMENT** |
| APPLE INC., a California Corporation, | The Honorable Yvonne Gonzalez Rogers |
| Defendant. | |

REPRESENTATION STATEMENT
CASE NO. 4:20-cv-08733-YGR

**REPRESENTATION STATEMENT**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Ninth Circuit Rule 3-2 states that "a party filing an appeal shall attach to the notice a Representation Statement that identifies all parties to the action along with the names, addresses and telephone numbers of their respective counsel, if any."

Plaintiff-Appellant SaurikIT, LLC is represented by the following counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Adam B. Wolfson (Bar No. 262125)
Joseph Sarles (Bar No. 254750)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:     (213) 443-3000

Stephen A. Swedlow (*pro hac vice*)
David A. Nelson (*pro hac vice*)
Marc L. Kaplan (*pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone:     (312) 705-7400

Defendant-Appellee Apple Inc. is represented by the following counsel:

GIBSON, DUNN & CRUTCHER LLP
Jay P. Srinivasan, SBN 181471
Dana Lynn Craig, SBN 251865
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

Cynthia E. Richman (D.C. Bar No. 492089; pro hac vice)
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500

Betty X. Yang (Texas Bar No. 24088690; pro hac vice)
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Telephone: 214.698.3100

Henry H. Cornillie
555 Mission St #3000
San Francisco, CA 94102
Telephone: 415.393.8394

REPRESENTATION STATEMENT
CASE NO. 4:20-cv-08733-YGR

1  DATED: October 3, 2022

By  /s/ Adam B. Wolfson

2  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP

3  Adam B. Wolfson (Bar No. 262125)
   Joseph Sarles (Bar No. 254750)

4  865 South Figueroa Street, 10th Floor
   Los Angeles, CA 90017-2543

5  Telephone:  (213) 443-3000

6  Stephen A. Swedlow (*pro hac vice*)
   David A. Nelson (*pro hac vice*)

7  Marc L. Kaplan (*pro hac vice*)

8  191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606-1881

9  Telephone:  (312) 705-7400

10  *Counsel for Plaintiff SaurikIT, LLC*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28