QUINN EMANUEL URQUHART &
  SULLIVAN LLP
Adam B. Wolfson (Bar No. 262125)
Joseph Sarles (Bar No. 254750)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:	(213) 443-3000

Stephen A. Swedlow (*pro hac vice*)
David A. Nelson (*pro hac vice*)
Marc L. Kaplan (*pro hac vice*)
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone:	(312) 705-7400

*Counsel for Plaintiff SaurikIT, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SAURIKIT, LLC, | CASE NO. 4:20-cv-08733-YGR |
| Plaintiff, | **NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c)** |
| v. | |
| APPLE INC., a California Corporation, | The Honorable Yvonne Gonzalez Rogers |
| Defendant. | |

## NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c)

Please take notice that Plaintiff SaurikIT, LLC does not intend to order additional transcripts in connection with the appeal currently pending in the Ninth Circuit, No. 22-16527. *See* 9th Cir. Rule 10-3.1(c).  A copy of this notice will be provided to the Ninth Circuit.

DATED: November 3, 2022           By  */s/* Adam B. Wolfson
                                                   QUINN EMANUEL URQUHART &
                                                      SULLIVAN, LLP
                                                 Adam B. Wolfson (Bar No. 262125)
                                                 Joseph Sarles (Bar No. 254750)
                                                 865 South Figueroa Street, 10th Floor
                                                 Los Angeles, CA 90017-2543
                                                 Telephone:  (213) 443-3000

                                                 Stephen A. Swedlow (*pro hac vice*)
                                                 David A. Nelson (*pro hac vice*)
                                                 Marc L. Kaplan (*pro hac vice*)
                                                 191 N. Wacker Drive, Suite 2700
                                                 Chicago, IL 60606-1881
                                                 Telephone:  (312) 705-7400

                                                 *Counsel for Plaintiff SaurikIT, LLC*